# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Evita Brown, on behalf herself and, others similarly situated,** | ) ) ) | CASE NO. 1:20-cv-05575 |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | NOTICE OF SETTLEMENT |
| **Columbia Collection Service, Inc.,** | ) ) ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.1.5, Evita Brown and Columbia Collection Service, Inc. (the "Parties") hereby notify the Court that they have reached an agreement in principle to resolve this action. The Parties respectfully request that the Court vacate all pending deadlines and provide the Parties with 30 days to finalize the settlement and file a stipulation of dismissal.

Dated:  December 7, 2020

Respectfully submitted,

*/s/ Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: 512.803.1578
aradbil@gdrlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil