UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Evita Brown
                              Plaintiff,

v.                                             Case No.: 1:20−cv−05575
                                               Honorable Steven C. Seeger

Columbia Collection Service, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 8, 2020:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Notice of Settlement (Dckt. No. [3]), which states that the parties have reached a settlement in principle. The parties ask to vacate all dates, stating that they plan to file a stipulation of dismissal within 30 days. Based on the representation that the parties have agreed to settle in principle, the Court hereby dismisses this case without prejudice. The dismissal shall automatically convert to a dismissal with prejudice on January 31, 2021 unless a party seeks and obtains relief from the Court. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.